**Order entered September 28, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01084-CV

### GLENN M. IHDE AND C. ALICE IHDE, Appellants

### V.

### FIRST HORIZON HOME LOANS, a division of First Tennessee Bank, N.A., successor in interest by merger to First Horizon Home Loan Corporation, BANK OF NEW YORK MELLON f/k/a Bank of New York, NATIONSTAR MORTGAGE, LLC, METLIFE HOME LOANS, LLC, successor by merger to MetLife Bank, N.A., Appellees

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-02840-2013

## ORDER
Before Justices Lang, Myers, and Schenck

We **DENY** appellants' September 27, 2016 Petition for Writ of Injunction.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE